39,386-02

26 May 2015

Randy Howard
3614 Bill Price Rd #250
Del Valle Tx 78617-3630

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 28 2015

Abel Acosta, Clerk

Court of Criminal Appeals
PO Box 12308, Capital Station
Austin, Tx 78711

Dear CCA:

In Case No. 97-424,046-A and CCA No. WR-39,386-02.

1: I need to get all copies of what you have in case file.

2: You sent me a letter back when I written you, however, you have my address all most right; Please put #250 at the end of my address.

Thank You

Randy Howard

God Bless